**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

**BRUNSON ROBERTS**                                                                           **PLAINTIFF**

**v.**                                  **5:06CV00091-WRW**

**LARRY NORRIS, DIRECTOR**
**ARKANSAS DEPT. OF CORRECTIONS**                                  **DEFENDANTS**

**ORDER**

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Henry L. Jones, Jr. After careful review of the findings and recommendations and the objections[1] thereto, as well as a *de novo* review of the record, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects. IT IS THEREFORE ORDERED THAT:

1. Plaintiff's "Motion to Enter State Habeas Brief that I filed into Court's Records" is DENIED.

2. Plaintiff's complaint is DISMISSED WITH PREJUDICE for failure to state a claim upon which relief may be granted.

4. All pending motions are denied as moot.

DATED this 5th day of January, 2007.

                                                             /s/Wm. R. Wilson, Jr.
                                         UNITED STATES DISTRICT JUDGE

---

[1] Plaintiff's objections, which were due on December 29, 2006, were received on January 3, 2007.